UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOEL VARGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-cv-226-PPS-JPK |
| ) | |
| AMERISTAR CASINO EAST CHICAGO, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

ORDER

Joel Vargas, by counsel, filed this lawsuit against Ameristar Casino East Chicago, LLC with the Lake County Court alleging negligence. [DE 5.] Ameristar timely removed this action to federal court. [DE 1.] On November 4, 2020, Ameristar filed a Motion to Dismiss for Lack of Prosecution [DE 20] and this Court ordered Vargas to show cause no later than December 3, 2020 why this case should not be dismissed under Federal Rule of Civil Procedure 41(b). [DE 21.] Vargas failed to comply with the show cause order and it appears he has abandoned his case.

ACCORDINGLY:

The Motion to Dismiss for Lack of Prosecution [DE 20] is **GRANTED**. This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and N.D. Ind. L.R. 41-1. The Clerk of the Court is directed to close this case.

SO ORDERED on December 18, 2020.

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT